# BRESSLER, AMERY & ROSS

A PROFESSIONAL CORPORATION

17 State Street • New York, NY 10004

212.425.9300 • fax 212.425.9337

www.bressler.com

David H. Pikus  
Member

direct: ext. 2620  
dpikus@bressler.com

October 15, 2013

**VIA ECF & FIRST CLASS MAIL**

The Honorable James M. Peck  
United States Bankruptcy Judge  
Southern District of New York  
One Bowling Green  
New York, NY 10004-1408

    Re:    **Papadopoulos v. Gazes, et al.**  
            **Adv. Proc. No.: 13-ap-01506-JMP**  
            **Letter Requesting Dismissal of Frivolous Litigation**

Dear Judge Peck,

    This firm represents Defendants Alfonso Fanjul and Jose Fanjul in the above captioned matter. We write to join in Defendant Ray Zemon's October 10, 2013 request to dismiss this frivolous matter.

    Plaintiff has a long history of filing frivolous complaints in the federal and state courts. As noted in Mr. Zemon's letter, Chief Judge Preska has barred Plaintiff from filing any actions in the Southern District of New York without first obtaining leave to file from the Court. See *Papadopoulos v. Mineeva*, 10 Civ. 4482 (S.D.N.Y. Feb. 8, 2011). In doing so, Chief Judge Preska noted that Plaintiff has been repeatedly warned regarding his "abuse of Court resources and his disruptive behavior," and determined that Plaintiff's pattern of vexatious litigation warranted the issuance of a bar order.

    Here, Plaintiff has filed another unintelligible complaint seeking over $20 million for alleged RICO violations. These allegations are facially meritless and duplicative of past frivolous lawsuits filed by Plaintiff that have been summarily dismissed.[1] Rather than burden the

---

[1] *See, e.g., Papadopoulos v. Amaker*, 12 Civ. 3608 (E.D.N.Y. June 25, 2013) (dismissing case as frivolous and warning that further filing of non-meritorious complaints may result in Plaintiff being barred from filing actions in the Eastern District of New York); *Papadopoulos v. Mineeva*, 10 Civ. 4482 (S.D.N.Y. Feb. 8, 2011) (case dismissed as frivolous, Plaintiff barred from filing actions in the Southern District of New York).

BRESSLER, AMERY & ROSS

A PROFESSIONAL CORPORATION

The Honorable James M. Peck
October 15, 2013
Page 2

Court with unnecessary motion practice, we seek the Court's guidance as to the most expedient dismissal of this frivolous action consistent with Chief Judge Preska's February 8, 2011 Order.

    We respectfully request that the Court dismiss this action. Should this Court require a formal motion and briefing, Defendants join in Defendant Zemon's proposal that the Court establish a briefing schedule at the conference currently scheduled for October 29, 2013, at 10:00 a.m.

Respectfully submitted,

David H. Pikus

Cc:    Gregory Papadopoulos via First Class Mail, RRR and Regular Mail
210 E. 68th Street
Apt. #10K
New York, NY 10065

Et al. via ECF